# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James A. Jones                                  CHAPTER 13

                        Debtor(s)                      BKY. NO. 20-11460 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                                      Respectfully submitted,
                                      **/s/ Rebecca A. Solarz Esquire**
                                      Rebecca A Solarz, Esquire
                                      Kevin G. McDonald, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322