```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                            Case No. 20-11460-jkf
James A Jones                                                     Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith            Page 1 of 2          Date Rcvd: Mar 30, 2020
                            Form ID: 309I          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db           +James A Jones,    6323 W. Jefferson Street,    Philadelphia, PA 19151-4533
tr           +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
               Reading, PA 19606-2265
14480104     +Brandon Perloff, Esq.,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14480105     +Brooke R. Waisbord, Esq.,    KML Law Group,    701 Market Street, Suite 5000,
               Philadelphia, PA PA 19106-1541
14480108      Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
14480112     +First Savings Bank,    Attn: Bankruptcy,    PO Box 5019,    Sioux Falls, SD 57117-5019
14480113    #+James M. Jones,    4613 Greene Street, Apt 1,    Philadelphia 19144-6024
14480114     +Kareema J Walker,    6323 Jefferson Street,    Philadelphia, PA 19151-4533
14480115     +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14480117     +Mercury/FBT,    Attn: Bankruptcy,    PO Box 84064,    Columbus, GA 31908-4064
14480120      PA SCDU,    P.O. Box 69110,    Harrisburg, PA 17106-9110
14480121     +Philadelphia Family Court,    1501 Arch Street,    Philadelphia, PA 19102-1508
14480122     +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
               Philadelphia, PA 19107-2495
14480124     +Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,    701 Market Street, Sute 5000,
               Philadelphia, PA 19106-1538
14480125     +RoundPoint Mortgage Servicing Corp,    Attn: Bankruptcy,    PO Box 19409,
               Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: bperloff@kmfirm.com Mar 31 2020 08:27:22     BRANDON J PERLOFF,
               Kwartler Manus LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA  19102
smg           E-mail/Text: megan.harper@phila.gov Mar 31 2020 08:28:55     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 31 2020 08:28:38
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 31 2020 08:28:44     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 31 2020 08:28:39     United States Trustee,
               Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14480102     +E-mail/Text: bankruptcy@rentacenter.com Mar 31 2020 08:29:01     Acceptance Now,
               Attn: Bankruptcy,    5501 Headquarters Drive,    Plano, TX 75024-5837
14480103     +EDI: AMEREXPR.COM Mar 31 2020 09:38:00     Amex,    Correspondence/Bankruptcy,    PO Box 981540,
               El Paso, TX 79998-1540
14480106     +EDI: CAPITALONE.COM Mar 31 2020 09:38:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
               Salt Lake City, UT 84130-0285
14480107     +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 31 2020 08:28:56     Citadel FCU,
               Attn: Bankruptcy,    520 Eagleview Blvd,    Exton, PA 19341-1119
14480109     +EDI: TSYS2.COM Mar 31 2020 09:38:00     Deptartment Store National Bank/Macy's,
               Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
14480110     +EDI: DISCOVER.COM Mar 31 2020 09:38:00     Discover Financial,    Attn: Bankruptcy,
               PO Box 3025,    New Albany, OH 43054-3025
14480111     +EDI: AMINFOFP.COM Mar 31 2020 09:38:00     First PREMIER Bank,    Attn: Bankruptcy,
               PO Box 5524,    Sioux Falls, SD 57117-5524
14482241      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2020 08:44:49     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14480116     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 31 2020 08:42:29
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    PO Box 10497,
               Greenville, SC 29603-0497
14487612      E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 31 2020 08:42:26     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14480118     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 31 2020 08:44:46
               Merrick Bank/CardWorks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY 11804-9001
14480119     +E-mail/Text: bankruptcynotices@psecu.com Mar 31 2020 08:28:57     P S E C U,
               Attention: Bankruptcy,    PO Box 67013,    Harrisburg, PA 17106-7013
14480123      EDI: PRA.COM Mar 31 2020 09:38:00     Portfolio Recovery,    Attn: Bankruptcy,
               120 Corporate Blvd,    Norfold, VA 23502
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14480127       Sakina H. Dawson,    Address Unknown,    To be Provided
14480126*     +RoundPoint Mortgage Servicing Corp.,    Attn: Bankruptcy,    PO Box 19409,
               Charlotte, NC 28219-9409
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2                User: Keith              Page 2 of 2                 Date Rcvd: Mar 30, 2020
                                    Form ID: 309I            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
```
              BRANDON J PERLOFF    on behalf of Debtor James A Jones bperloff@kmfirm.com,  kmecf1429@gmail.com,
               mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
              REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James A Jones** | Social Security number or ITIN | **xxx–xx–3229** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 3/7/20 |
| Case number: | 20–11460–jkf | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James A Jones | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6323 W. Jefferson Street<br>Philadelphia, PA 19151 | |
| 4. | **Debtor's attorney**<br>Name and address | BRANDON J PERLOFF<br>Kwartler Manus LLC<br>1429 Walnut Street<br>Suite 701<br>Philadelphia, PA 19102 | Contact phone 267–457–5570<br><br>Email: bperloff@kmfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 3/30/20 |

**For more information, see page 2**

Debtor **James A Jones**                                              Case number **20–11460–jkf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 24, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/23/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/16/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/3/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $420.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/10/20** at **9:30 AM** , Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |