

# 🔒 septanow.org

AA

| Phone Book | E-Mail | 1234 | Contact Us | FAQs | Service Req | Search | My Account | Log Out |

) SEPTANow.org

re SEPTA Information ▼

😊 Sign up for employee text alerts

**ESS Categories**

- Basic Information
- Payroll Information
- Sick and Vacation Information
- Payroll Tax Information
- Personnel Information
- Benefits Information
- Pension Information
- Dependent Benefits Information
- Life Insurance Beneficiary Information
- Check / Deposit Advice Information
- W-2 Information
- Performance Review Information
- Salary History Information
- Seniority History Information
- Training History Information
- Test History Information
- Operator Attendance Profile Information
- Attendance Points History Information
- Operations Employee Run and Day Off Schedule Information

**NEW Check / Deposit Advice Information**

INTRODUCING A NEW & IMPROVED INTRANET
BUILT BY SEPTA EMPLOYEES FOR SEPTA EMPLOYEES



click here to visit beta.SEPTANow.org

2020-03-06 ▼



SOUTHEASTERN PA TRANSP AUTH    T JONES, JAMES A
AA22
10032

| DESCRIPTION | RATE | HOURS | WAGES | YTD WAGES | | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 40.00 | 1500.00 | 929.01 | FEDERAL TAX | 316.00 | 3282.61 |
| VAC PAY | | | | 5258.72 | FICA/MED | 112.00 | 1142.04 |
| HOLIDAY PAY | | | | 7172.4 | SUI TAX | .90 | 9.16 |
| UNIFORM ALLOW | | | | 4060.0 | PENNA | 46.26 | 468.75 |
| MEAL ALLOW | | | | 2973.0 | PHILA | 56.33 | 591.03 |
| | | | | | HEALTH COPAY | 29.00 | 320.00 |
| | | | | | PA COURT ORDER | 189.15 | 1893.50 |
| | | | | | UNION DUES | 13.79 | 137.90 |
| | | | | | CO-PAY PENSION | 55.00 | 550.00 |
| | | | | | UNION COPE | 1.00 | 11.00 |
| | | | | | LIFE INSUR. | .90 | 2.80 |
| | | | | | CHECK REFUND | .00 | -40.00 |
| | | | | | PRIMARY CHECK | 696.14 | 6882.85 |

FED WITHHOLD STATUS SINGLE    00 EXMPTS, ADDL AMT:    100.00

| | GROSS | DEDUCTIONS | TAXES | NET | DATE | CHECK# | NET (CHECK) |
|---|---|---|---|---|---|---|---|
| CUR | 1515.00 | 350.00 | 205.00 = | 696.00 | | 129181054 | 696.00 |
| YTD | 15807.00 | 6452.00 | 2220.00 = | 788.00 | 02-29-2020 | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT UNION PRIMARY CHECK
XXXXXXXXXXXXXXXXX    696.14

TO THE ORDER OF

AA 22 16    342    •    10032
JAMES A JONES                    03-06-2020
6323 N. JEFFERSON STREET
PHILADELPHIA PA  19151

129181054
**NON-NEGOTIABLE**

Copyright 2020 SEPTA. All rights reserved.

# SEPTANow.org

Thursday March ...

e SEPTA Information! 

 Sign up for employee text alerts

**ESS Categories**

- asic Information
- ayroll Information
- ck and Vacation Information
- ayroll Tax Information
- ersonnel Information
- enefits Information
- ension Information
- ependent Benefits Information
- ife Insurance Beneficiary Information
- Check / Deposit Advice Information
- N-2 Information
- Performance Review Information
- Salary History Information
- Seniority History Information
- Training History Information
- Test History Information
- Operator Attendance Profile Information
- Attendance Points History Information
- Operations Employee Run and Day Off Schedule Information

## NEW Check / Deposit Advice Information

## INTRODUCING A NEW & IMPROVED INTRANET

BUILT BY SEPTA EMPLOYEES
FOR SEPTA EMPLOYEES



### click here to visit beta.SEPTANow.org

2020-02-28

```
SOUTHEASTERN PA TRANSP AUTH    T JONES,   JAMES A
                         RR22
                                     10052    FEDERAL TAX      3507     29013
                                              FICA/MED         1203    102905
REGULAR EARNING      5395    166178    77841  SUI TAX            00       626
VAC     PAY                       00   525072 PENNA             582     42249
HOLIDAYPAY                        00   71724  PHILA             635     53276
UNIFORMALLON                      00   40008  HEALTH COPAY     2906     29006
MEAL    ALLON                     00   21251  PA COURT ORDER  10015    170017
                                              UNION DUES       1378     12411
                                              CO-PAY PENSION   5000     50000
                                              UNION COPE        100      1000
                                              LIFE INSUR.        00       200
                                              CHECK REFUND       00    -40000
                                              PRIMARY CHECK   78561    618071
```

FED WITHHOLD STATUS SINGLE    00 EXMPTS, ADDL AMT:   100.00

    



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT UNION PRIMARY CHECK
XXXXXXXXXXXXXXXXX    785.61

N

TO THE ORDER OF

RR 22 18   342
JAMES A JONES
6523 W. JEFFERSON STREET
PHILADELPHIA PA  19151

10052
02-28-2020

129173006
**NON-NEGOTIABLE**

Copyright 2020 SEPTA. All rights reserved.

# SEPTANow.org

e SEPTA Information!


Sign up for employee text alerts

**ESS Categories**

- sic Information
- ayroll Information
- ck and Vacation Information
- ayroll Tax Information
- ersonnel Information
- enefits Information
- ension Information
- ependent Benefits Information
- ife Insurance Beneficiary Information
- Check / Deposit Advice Information
- N-2 Information
- Performance Review Information
- Salary History Information
- Seniority History Information
- Training History Information
- Test History Information
- Operator Attendance Profile Information
- Attendance Points History Information
- Operations Employee Run and Day Off Schedule Information

## NEW Check / Deposit Advice Information

**INTRODUCING A NEW & IMPROVED INTRANET**

BUILT BY SEPTA EMPLOYEES FOR SEPTA EMPLOYEES



click here to visit beta.SEPTANow.org

2020-02-21

SOUTHEASTERN PA TRANSP AUTH    T JONES, JAMES A
RR22
10052

| EARNINGS | | HRS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 6878 | | 187525 | 612225 | FEDERAL TAX | 39853 | 261418 |
| VAC PAY | | | | | 525972 | FICA/MED | 14867 | 96362 |
| HOLIDAYPAY | | | | | 71724 | SUI TAX | 112 | 726 |
| UNIFORMALLOW | | | | | 40000 | PENNA | 5745 | 37147 |
| MEAL ALLOW | | | 650 | | 2125 | PHILA | 7244 | 46837 |
| | | | | | | HEALTH COPAY | 2888 | 26492 |
| | | | | | | A COURT ORDER | 18913 | 151504 |
| | | | | | | UNION DUES | 1378 | 11032 |
| | | | | | | CO-PAY PENSION | 5606 | 45006 |
| | | | | | | UNION COPE | 100 | 800 |
| | | | | | | LIFE INSUR. | 88 | 200 |
| | | | | | | CHECK REFUND | 88 | -40000 |
| | | | | | | PRIMARY CHECK | 92554 | 540000 |

FED WITHHOLD STATUS SINGLE    00 EXEMPTS, ADDL AMT:    100.00



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT UNION PRIMARY CHECK
XXXXXXXXXXXXXXXXX    $925.54

TO THE ORDER OF

RR 22 16    342    0    10052
JAMES A JONES                         02-21-2020
6329 N. JEFFERSON STREET
PHILADELPHIA PA   19151

129105108
**NON-NEGOTIABLE**

Copyright 2020 SEPTA. All rights reserved.

# SEPTANow.org

Thursday, March 5, 2020

e SEPTA Information

 Sign up for employee text alerts

### ESS Categories

- sic Information
- ayroll Information
- ck and Vacation Information
- ayroll Tax Information
- ersonnel Information
- enefits Information
- ension Information
- Dependent Benefits Information
- Life Insurance Beneficiary Information
- Check / Deposit Advice Information
- W-2 Information
- Performance Review Information
- Salary History Information
- Seniority History Information
- Training History Information
- Test History Information
- Operator Attendance Profile Information
- Attendance Points History Information
- Operations Employee Run and Day Off Schedule Information

## NEW Check / Deposit Advice Information

### INTRODUCING A NEW & IMPROVED INTRANET

BUILT BY SEPTA EMPLOYEES FOR SEPTA EMPLOYEES



**click here to visit beta.SEPTANow.org**

2020-02-14

```
SOUTHEASTERN PA TRANSP AUTH    T JONES, JAMES A
                               AR22
                                              10852   FEDERAL TAX      49851    221565
                                                      FICA/MED         17373     76415
REGULAR EARNING            8848    284678    425188   SUI TAX            197       614
VAC     PAY                          86      525872   PENNA             7624     31482
HOLIDAYPAY                          23000    71724    PHILA             8857     39593
UNIFORMALLOW                         86      40000    HEALTH COPAY      2305      2394
MEAL    ALLOW                       1275      1275    PA COURT ORDER   18913    132381
                                                      UNION DUES        1379      9853
                                                      CO-PAY PENSION    5000     40000
                                                      UNION COPE         100       800
                                                      LIFE    INSUR.     100       200
                                                      CHECK REFUND        00    -40000
                                                      PRIMARY CHECK   118497    447596
```

FED WITHHOLD STATUS SINGLE        00 EXMPTS, ADDL AMT:    100.00

SEPTA
1234 Market St
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT UNION PRIMARY CHECK
XXXXXXXXXXXXXXXXX         1,184.97

TO THE
ORDER
OF
                AR 22 16    342              0        10852
                JAMES A JONES                         02-14-2020
                6323 N. JEFFERSON STREET
                PHILADELPHIA PA  19151

                                                      129157153
                                                      NON-NEGOTIABLE

Copyright 2020 SEPTA. All rights reserved.

🔒 septanow.org

AA 

| Phone Book | E-Mail | 1234 | Contact Us | FAQs | Service Req | Search | My Account | Log Out |

**SEPTANow.org**

SEPTA Information ▼

💬 Sign up for employee text alerts

**ESS Categories**

- sic Information
- yroll Information
- ck and Vacation Information
- ayroll Tax Information
- ersonnel Information
- enefits Information
- ension Information
- ependent Benefits Information
- ife Insurance Beneficiary Information
- heck / Deposit Advice Information
- W-2 Information
- Performance Review Information
- Salary History Information
- Seniority History Information
- Training History Information
- Test History Information
- Operator Attendance Profile Information
- Attendance Points History Information
- Operations Employee Run and Day Off Schedule Information

**NEW Check / Deposit Advice Information**

# INTRODUCING A NEW & IMPROVED INTRANET

BUILT BY SEPTA EMPLOYEES FOR SEPTA EMPLOYEES



**click here to visit beta.SEPTANow.org**

2020-02-07 ▼

| SOUTHEASTERN PA TRANSP AUTH | T JONES, JAMES R | | | | | | |
|---|---|---|---|---|---|---|---|
| | AA22 | | | | FEDERAL TAX | 188.00 | 1717.12 |
| | | | | 18852 | FICA/MED | 147.75 | 591.42 |
| DESCRIPTION | HRS | RATE | AMOUNT | YTD AMOUNT | SUI TAX | .13 | 4.77 |
| REGULAR EARNING | 74.5 | 22.64 | 2202.24 | | PENNA | 68.4 | 243.78 |
| VAC PAY | | | | 5259.72 | PHILA | 86.2 | 307.36 |
| HOLIDAY PAY | | | | 4760.0 | HEALTH COPAY | 28.00 | 289.16 |
| UNIFORM ALLOW | | | | 400.00 | PA COURT ORDER | | 1134.76 |
| | | | | | UNION DUES | .86 | 827.4 |
| | | | | | CO-PAY PENSION | 50.00 | 350.00 |
| | | | | | UNION COPE | 1.00 | 7.00 |
| | | | | | LIFE INSUR. | .00 | 1.00 |
| | | | | | CHECK REFUND | .00 | -400.00 |
| | | | | | PRIMARY CHECK | 4.46 | 329.99 |

| YTD  |  222.4 – 830.12 |  157.00 – 217.03 |  9.00 – 193.02 | =  ENTRY 400.00 |  REFUND 02-21-2020 |  1281482.40 |  4.46 |

H

 **SEPTA**
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT UNION PRIMARY CHECK
XXXXXXXXXXXXXXXX          4.46

TO THE
ORDER
OF

AA 22 15   342   •   18852
JAMES A JONES                02-07-2020
6329 N. JEFFERSON STREET
PHILADELPHIA PA 19151

1281482.40
**NON-NEGOTIABLE**

Copyright 2020 SEPTA All rights reserved.