UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    James A Jones<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-11460-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 10th day of July, 2020, by first class mail upon those listed below:

James A Jones
6323 W. Jefferson Street
Philadelphia, PA  19151

**Electronically via CM/ECF System Only:**

BRANDON J PERLOFF ESQ
PERLOFF LAW
415 SOUTH BROAD STREET
UNIT 2R
PHILADELPHIA, PA  19147


    */s/ Deborah A. Earnshaw*
    Deborah A. Earnshaw
    for
    Scott F. Waterman, Esquire
    Standing Chapter 13 Trustee