| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-11460-AMC

James A Jones
6323 W. Jefferson Street
Philadelphia  PA    19151

Petition Filed Date: 03/07/2020
341 Hearing Date: 04/24/2020
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2020 | $420.00 | | 05/11/2020 | $420.00 | | 06/15/2020 | $420.00 | |
| 07/13/2020 | $420.00 | | 08/10/2020 | $475.00 | | | | |

**Total Receipts for the Period:  $2,155.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,155.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James A Jones | Debtor Refunds | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,155.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($420.00) |
| Paid to Trustee: | $215.50 | Total Plan Base: | $27,860.00 |
| Funds on Hand: | $1,939.50 | | |

### NOTES:

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.