**Fill in this information to identify the case:**

Debtor 1  JAMES A. JONES

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 20-11460-amc

Form 4100S
# Supplemental Proof of Claim for CARES Forbearance Claim    02/21

This Supplemental Proof of Claim is filed in compliance with the requirement of 11 U.S.C. § 501(f)(1) as the Debtor was granted a forbearance under the CARES Act (15 U.S.C. § 9056 or 9057). "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f). File this form as a supplement to your proof of claim.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known) 7

**Last 4 digits** of any number you use to identify the debtor's account: 4717

**Property Address:** 6323W Jefferson St
Number    Street

*

Philadelphia, PA  19151
City    State    Zip Code

## Part 1:    Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Date: | Amount: | Date: | Amount: |
|---|---|---|---|
| 04/01/2020 | $2,232.31 | | |
| 05/01/2020 | $2,232.31 | | |
| 06/01/2020 | $2,232.31 | | |
| 07/01/2020 | $2,232.31 | | |
| 08/01/2020 | $2,232.31 | | |
| 09/01/2020 | $2,232.31 | | |

**Total of payments due under the forbearance:**    $11,161.55*

*Forbearance period does not represent the entire post-petition arrearage. As of 07/28/2021, post-petition arrears are as follows:
-Forbearance period: 05/01/2020 – 09/01/2020 @ $2,232.31
-End Forbearance period: 10/01/2020 – 07/01/2021 @ $2,232.31
-1 post-petition payment was received during the Forbearance period
-Total to cure arrearage: $33,484.65

## Part 2:    Information About Agreement to Modify of Defer Loan Obligation

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

☐ Yes.  Include the information required by 11 USC § 501(f)(2)(B)(i)-(iii) and attach copies of the writing outlining the modification or deferral:

○    The loan was modified as follows:

○    The amount of forborne payments and the deferral date:

☒ No.  Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor.

## Part 3: Sign Here

**The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check to appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Andrew Spivack
Signature

Date: 07/28/2021

| | | | |
|---|---|---|---|
| Print | Andrew Spivack | Title | Attorney / State Bar Number: 84439 |
| | First name  Middle name  Last name | | |
| Company | Brock & Scott, PLLC | | |
| Address | 302 Fellowship Road, Suite 130, * | | |
| | Number   Street | | |
| | Mount Laurel, NJ  08054 | | |
| | City     State    Zip Code | | |
| Contact phone | 844-856-6646 x3017 | Email | PABKR@brockandscott.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JAMES A JONES<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JAMES A JONES,<br>    Debtor | Case No. 20-11460-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Supplemental Proof Of Claim For Cares Forbearance Claim has been electronically served or mailed, postage prepaid on <u>July 28, 2021</u> to the following:

Service by First-Class mail:
JAMES A JONES
6323 W JEFFERSON ST
PHILADELPHIA, PA 19151

Service by Electronic means:
Brandon J Perloff, Debtor's Attorney
Brandon Perloff PC
315 North 12th Street
Ste 204
Philadelphia, PA 19107
bperloff@perlofflaw.com


Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

>  /s/ Andrew Spivack
> Andrew Spivack
> (Bar No. 84439)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Suite 130
> Mount Laurel, NJ 08054
> Telephone:  844-856-6646 x3017
> Facsimile:  704-369-0760
> E-Mail:  PABKR@brockandscott.com

21-05074 BKSUP01