**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JAMES A JONES<br>　　　Debtor | Case No. 20-11460-amc |
| Freedom Mortgage Corporation,<br>　　　Movant | Chapter 13 |
| vs.<br>JAMES A JONES<br>Kareema J. Walker, (Non-Filing Co-Debtor)<br>　　　Respondents | 11 U.S.C. §362 and §1301 |

**ORDER**

**AND NOW**, this _____ day of _____ , 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: March 30, 2022**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge