| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-11460-AMC

James A Jones  
6323 W. Jefferson Street  
Philadelphia  PA    19151

Petition Filed Date: 03/07/2020  
341 Hearing Date: 04/24/2020  
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $475.00 | | 05/10/2021 | $475.00 | | 06/14/2021 | $475.00 | |
| 07/13/2021 | $475.00 | | 08/09/2021 | $475.00 | | 09/14/2021 | $475.00 | |
| 10/12/2021 | $475.00 | | 11/16/2021 | $475.00 | | 12/13/2021 | $475.00 | |
| 01/10/2022 | $475.00 | | 02/15/2022 | $475.00 | | 03/14/2022 | $475.00 | |
| 04/11/2022 | $475.00 | | 05/09/2022 | $475.00 | | 06/13/2022 | $475.00 | |
| 07/12/2022 | $475.00 | | | | | | | |

**Total Receipts for the Period:  $7,600.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $13,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James A Jones | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,705.70 | $0.00 | $1,705.70 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,164.52 | $0.00 | $1,164.52 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,332.21 | $0.00 | $1,332.21 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,508.26 | $0.00 | $1,508.26 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 005 | Unsecured Creditors | $2,740.01 | $0.00 | $2,740.01 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $2,248.08 | $0.00 | $2,248.08 |
| 7 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»» 007 | Mortgage Arrears | $21,993.14 | $9,133.75 | $12,859.39 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $505.92 | $0.00 | $505.92 |
| 9 | PSECU<br>»» 009 | Unsecured Creditors | $2,927.97 | $0.00 | $2,927.97 |
| 10 | PSECU<br>»» 010 | Unsecured Creditors | $18,347.54 | $0.00 | $18,347.54 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $855.27 | $0.00 | $855.27 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $944.72 | $0.00 | $944.72 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,689.85 | $0.00 | $1,689.85 |
| 15 | CITADEL FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $6,001.32 | $0.00 | $6,001.32 |
| 16 | CITADEL FEDERAL CREDIT UNION<br>»» 016 | Unsecured Creditors | $1,913.01 | $0.00 | $1,913.01 |
| 17 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 017 | Unsecured Creditors | $597.31 | $0.00 | $597.31 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $383.48 | $0.00 | $383.48 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» 019 | Unsecured Creditors | $1,306.24 | $0.00 | $1,306.24 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $3,528.16 | $0.00 | $3,528.16 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $2,833.00 | $2,833.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,080.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $11,966.75 | Arrearages: | ($420.00) |
| Paid to Trustee: | $1,113.25 | Total Plan Base: | $27,860.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.