| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-11460-AMC**

| | |
|---|---|
| James A Jones | Petition Filed Date: 03/07/2020 |
| 6323 W. Jefferson Street | 341 Hearing Date: 04/24/2020 |
| Philadelphia  PA    19151 | Confirmation Date: 08/19/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $475.00 | | 09/13/2022 | $475.00 | | 10/11/2022 | $475.00 | |
| 11/15/2022 | $475.00 | | 12/12/2022 | $475.00 | | 01/11/2023 | $475.00 | |
| 03/06/2023 | $475.00 | | 04/10/2023 | $475.00 | | 05/15/2023 | $475.00 | |
| 06/12/2023 | $475.00 | | | | | | | |

**Total Receipts for the Period: $4,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,830.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James A Jones | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,705.70 | $0.00 | $1,705.70 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,164.52 | $0.00 | $1,164.52 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,332.21 | $0.00 | $1,332.21 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,508.26 | $0.00 | $1,508.26 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 005 | Unsecured Creditors | $2,740.01 | $0.00 | $2,740.01 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $2,248.08 | $0.00 | $2,248.08 |
| 7 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»» 007 | Mortgage Arrears | $21,993.14 | $13,489.50 | $8,503.64 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $505.92 | $0.00 | $505.92 |
| 9 | PSECU<br>»» 009 | Unsecured Creditors | $2,927.97 | $0.00 | $2,927.97 |
| 10 | PSECU<br>»» 010 | Unsecured Creditors | $18,347.54 | $0.00 | $18,347.54 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $855.27 | $0.00 | $855.27 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $944.72 | $0.00 | $944.72 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,689.85 | $0.00 | $1,689.85 |

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 15 | CITADEL FEDERAL CREDIT UNION »» 015 | Unsecured Creditors | $6,001.32 | $0.00 | $6,001.32 |
| 16 | CITADEL FEDERAL CREDIT UNION »» 016 | Unsecured Creditors | $1,913.01 | $0.00 | $1,913.01 |
| 17 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 017 | Unsecured Creditors | $597.31 | $0.00 | $597.31 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR »» 018 | Unsecured Creditors | $383.48 | $0.00 | $383.48 |
| 19 | DEPARTMENT STORE NATIONAL BANK »» 019 | Unsecured Creditors | $1,306.24 | $0.00 | $1,306.24 |
| 20 | CITIBANK NA »» 020 | Unsecured Creditors | $3,528.16 | $0.00 | $3,528.16 |
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $2,833.00 | $2,833.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,830.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $16,322.50 | Arrearages: | $1,005.00 |
| Paid to Trustee: | $1,507.50 | Total Plan Base: | $27,860.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.