# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: JAMES A JONES** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | |
| | : | **BNKY NO.: 20-11460-AMC** |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after Notice and hearing, and with consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 61**) is **APPROVED.**

Date: Sept. 20, 2024

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge