UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JAMES A JONES | : | |
| DEBTOR | : | BKY NO.: . 20-11460-AMC |

# O R D E R

      **AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, Brandon Perloff (the, "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

      It is hereby **ORDERED** that:

1.     The Application is **GRANTED.**

2.     Supplemental Compensation in the amount of **$950.00** is **ALLOWED** in favor of the Applicant, Brandon Perloff.

3.     The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed supplemental compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

_(signature)_____

Date: Nov. 14, 2024

Honorable Ashely M. Chan
U.S. BANKRUPTCY JUDGE