Certificate Number: 12433-PAE-DE-039130729

Bankruptcy Case Number: 20-11460



12433-PAE-DE-039130729

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2024, at 7:00 o'clock PM EST, James A. Jones completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 5, 2024         By:      /s/Candace Jones

                                 Name:    Candace Jones

                                 Title:   Counselor