United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-11460-amc
James A Jones | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Dec 27, 2024 | Form ID: 138OBJ | Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James A Jones, 6323 W. Jefferson Street, Philadelphia, PA 19151-4533 |
| 14480104 | + | Brandon Perloff, Esq, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14480105 | + | Brooke R. Waisbord, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA PA 19106-1541 |
| 14807408 | | Bureaus Investment Group Portfolio No 15, PO Box 2489, Kirkland, WA 98083-2489 |
| 14617052 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esquire, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14480113 | + | James M. Jones, 4613 Greene Street, Apt 1, Philadelphia 19144-6024 |
| 14480114 | + | Kareema J Walker, 6323 Jefferson Street, Philadelphia, PA 19151-4533 |
| 14480120 | | PA SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14480121 | + | Philadelphia Family Court, 1501 Arch Street, Philadelphia, PA 19102-1508 |
| 14480124 | + | Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Sute 5000, Philadelphia, PA 19106-1538 |
| 14482545 | + | RoundPoint Mortgage Servicing Corporation, C/O Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 27 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 27 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14493383 | + | Email/Text: g17768@att.com | Dec 27 2024 23:43:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 14480102 | + | Email/Text: bankruptcy@rentacenter.com | Dec 27 2024 23:44:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14494225 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:54:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14480103 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:53:58 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14499093 | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 27 2024 23:43:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14517417 | | Email/Text: megan.harper@phila.gov | Dec 27 2024 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14480106 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 20-11460-amc   Doc 83   Filed 12/29/24   Entered 12/30/24 00:30:22   Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 27 2024 23:54:17 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14493675 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2024 23:53:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14480107 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 27 2024 23:44:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14497769 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 27 2024 23:44:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14480108 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:53:37 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14503074 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:53:20 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14480109 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:53:14 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14502893 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14490835 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14480110 | + | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14480112 | | Email/Text: BNSFS@capitalsvcs.com | Dec 27 2024 23:43:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117 |
| 14480111 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 27 2024 23:41:11 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14571006 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 27 2024 23:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14482241 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:53:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14480116 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:53:14 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14487612 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2024 23:53:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14480117 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 27 2024 23:43:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14480118 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2024 23:42:52 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14480119 | + | Email/Text: bankruptcynotices@psecu.com | Dec 27 2024 23:44:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14480123 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:53:03 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14492932 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:53:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14494578 | | Email/Text: bankruptcynotices@psecu.com | Dec 27 2024 23:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14480122 | + | Email/Text: bankruptcy1@pffcu.org | Dec 27 2024 23:43:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14496367 | + | Email/Text: bankruptcy1@pffcu.org | Dec 27 2024 23:43:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Phila., PA 19020-2022 |

Case 20-11460-amc    Doc 83    Filed 12/29/24    Entered 12/30/24 00:30:22    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| 14496201 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
|---|---|---|---|
| | | Dec 27 2024 23:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14501256 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 27 2024 23:44:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14493984 | Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | Dec 27 2024 23:43:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14480125 | ^ MEBN | | |
| | | Dec 27 2024 23:37:37 | RoundPoint Mortgage Servicing Corp, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 14693167 | ^ MEBN | | |
| | | Dec 27 2024 23:37:44 | Rushmore Loan Management Services, LLC, c/o Lauren M. Moyer, Esquire, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14620205 | ^ MEBN | | |
| | | Dec 27 2024 23:37:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693096 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Dec 27 2024 23:43:00 | US Bank National Association, not in its, indiv. capacity but solely as trustee, for RMTP Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14480127 | | Sakina H. Dawson, Address Unknown, To be Provided |
| 14480126 | *+ | RoundPoint Mortgage Servicing Corp., Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 14480115 | ##+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRANDON J PERLOFF | |

Case 20-11460-amc    Doc 83    Filed 12/29/24    Entered 12/30/24 00:30:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

on behalf of Debtor James A Jones bperloff@perlofflaw.com  kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

DENISE ELIZABETH CARLON

on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

MARIO J. HANYON

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 82 − 79

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  James A Jones )<br> )<br> )<br>  Debtor(s). )<br> )<br> ) | Case No. 20−11460−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 26, 2024                                      For The Court

                                                             Timothy B. McGrath
                                                             Clerk of Court